# United States Court of Appeals
## For the First Circuit

No. 02-1938

UNITED STATES OF AMERICA,

Appellee,

v.

JOHN B. STEWART,

Defendant, Appellant.

Before

Lynch, <u>Circuit Judge</u>,
Coffin and Porfilio,[1] <u>Senior Circuit Judges</u>.

ERRATA

The opinion of the court issued on July 29,2003, is amended as follows:

On page 8, line 7:  delete "has the obligation" and substitute "should"

On page 8, line 8:  delete "to"

On page 8, line 14:  insert the following footnote after "cause."

Although we urge full disclosure of all non-trivial information available to law enforcement, this does not alter the longstanding materiality test for a <u>Franks</u> hearing.  An evidentiary hearing is required only if the defendant is able to show that alleged misstatements or omissions are material to the probable cause determination.

---

[1]Of the Tenth Circuit, sitting by designation.